1  PHILLIP A. TALBERT
   Acting United States Attorney
2  SAMUEL WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                       EASTERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| IN THE MATTER OF THE TRACKING OF A WHITE 2007 GMC PICKUP, CALIFORNIA LICENSE PLATE 8G34629, VEHICLE IDENTIFICATION # 2GTFK13Y371515312. | CASE NO. 2:16-SW-00583-CKD |
| IN THE MATTER OF THE TRACKING OF A SILVER 2004 ACURA TSX SEDAN BEARING CALIFORNIA LICENSE 5GRX987, VEHICLE IDENTIFICATION # JH4CL96954C023761. | CASE NO. 2:16-SW-00584-CKD |
| IN THE MATTER OF THE TRACKING OF A SILVER/GREY 2001 FORD MUSTANG, CALIFORNIA LICENSE PLATE 4WSN451, VEHICLE INFORMATION # 1FAFP42X11F178480. | CASE NO. 2:16-SW-00585-CKD |
| THE PREMISES LOCATED AT 1752 DENVER STREET, MODESTO, CALIFORNIA, A SILVER 2004 ACURA TSX SEDAN BEARING CALIFORNIA LICENSE 5GRX987, VIN JH4CL96954C023761; A WHITE 2007 GMC PICKUP, CALIFORNIA LICENSE PLATE 8G34629, VIN 2GTFKJ3Y371515312; A SILVER/GREY 2001 FORD MUSTANG, CALIFORNIA LICENSE PLATE 4WSN451, VIN 1FAFP42X11F178480; A YELLOW 2002 FORD ESCAPE, CALIFORNIA LICENSE PLATE | CASE NO. 2:16-SW-0620-CKD |

| | |
|---|---|
| 4UMW084, VIN1FMYU04L82KB38320; AND THE PERSON OF MARCO ANTONIO ESQUIVEL-CORNEJO.<br><br>IN THE MATTER OF THE SEARCH OF THE ENTIRE PREMISES COMPRISED OF THAT AREA OF LAND ON THE HUMBOLDT-TOIYABE NATIONAL FOREST USED TO MANUFACTURE AND/OR SUPPORT THE MANUFACTURE OF MARIJUANA PLANTS LOCATED IN THE CLOSE PROXIMITY OF THE GLOBAL POSITIONING SYSTEM ("GPS") COORDINATES OF 119 24' SS.86"W 38 27 '02. 77"N (WHERE THE MARIJUANA MANUFACTURES HAVE ESTABLISHED A LIVE-IN CAMPSITE) AND 119 24' 41.64"W 38 26' A 57.31"N (WHERE THE SUSPECTS ARE MANUFACTURING THE MARIJUANA PLANTS) AND ASSOCIATED AREAS. | CASE NO. 2:16-SW-0659-AC<br><br>**PLAINTIFF'S EX PARTE MOTION TO UNSEAL FIVE SEARCH WARRANTS, AND ORDER THEREON**<br><br>Court:  Hon. Allison Claire |

Plaintiff United States of America hereby moves <u>ex parte</u> to unseal the following Search And Seizure Warrants, Applications For Search Warrant (and attached Affidavits), and Sealing Orders in Case Nos. 2:16-SW-00583-CKD, 2:16-SW-00584-CKD, 2:16-SW-00585-CKD, 2:16-SW-00620-CKD, and 2:16-SW-00659-AC.  Each of these search warrants have been executed, three defendants have been apprehended and charged in the Indictment filed in Case No. 2:16-CR-206 MCE, and there is no longer a need for sealing the search warrants.

Wherefore, the United States respectfully requests that the Court issue the Order below unsealing the search warrants and accompanying related documents listed above so that the United States may provide these documents as discovery to counsel for the respective defendants.

Dated:  November 3, 2016              PHILLIP A. TALBERT
                                       Acting United States Attorney

                              By:      */s/ Samuel Wong*
                                       _____
                                       SAMUEL WONG
                                       Assistant United States Attorney

ORDER

The Court having received, read, and considered plaintiff United States of America's <u>ex parte</u> motion to unseal the following Search And Seizure Warrants, Applications For Search Warrant (and attached Affidavits), and Sealing Orders in Case Nos. 2:16-SW-00583-CKD, 2:16-SW-00584-CKD, 2:16-SW-00585-CKD, 2:16-SW-00620-CK, and 2:16-SW-0659-AC, and good cause appearing therefrom,

It is ORDERED that the motion is hereby GRANTED and the search warrants and accompanying related documents listed the motion shall be unsealed forthwith.

Dated: November 4, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE